Larry H. Shapazian - SBN 120197

TOMASSIAN, PIMENTEL & SHAPAZIAN
A PROFESSIONAL LAW PARTNERSHIP
3419 W. Shaw Avenue
Fresno, California 93711
(559) 277-7300 ● FAX (559) 277-7350

Attorneys for Plaintiff JOHN SALAZAR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN SALAZAR

        Plaintiff,

  v.

CARGILL MEAT SOLUTIONS
CORPORATION, et al.

        Defendants.

Case No. 1:18-CV-00847-LJO-EPG

STIPULATION AND ORDER TO
CONTINUE THE SEPTEMBER 5, 2018
INITIAL SCHEDULING CONFERENCE
TO SEPTEMBER 25, 2018

WHEREAS the Initial Scheduling Conference in this matter is scheduled at 10:30 a.m. on September 5, 2018;

WHEREAS counsel for plaintiff JOHN SALAZAR's August 20, 2018 trial (*Balbir Singh et al. v. Lidder Bros; et al.*; Fresno County Superior Court Case No. 16CECG00979) has been moved by the Court from August 20, 2018 to September 4, 2018;

WHEREAS counsel for plaintiff JOHN SALAZAR'S office contacted Ms. Helen McFarland, counsel for defendant CARGILL MEAT SOLUTIONS CORPORATION on August

*Stipulation and Order to Continue 9/5/18 Initial Scheduling Conference*

LEGAL\38007110\1

1

27, 2018, and Ms. McFarland is agreeable to moving the September 5, 2018 Initial Scheduling Conference to September 25, 2018;

WHEREAS, counsel for plaintiff JOHN SALAZAR'S office contacted Ms. Michelle Rooney, Magistrate Judge Erica P. Grosjean's courtroom deputy clerk on August 27, 2018 and was advised by Ms. Rooney that September 25., 2019 at 9:30 a.m. in Courtroom 10 is available to reschedule the September 5, 2018 Initial Scheduling Conference;

THEREFORE, IT IS HEREBY STIPULATED by and between plaintiff JOHN SALAZAR and defendant CARGILL MEAT SOLUTIONS CORPORATION, through their counsel of record, that the parties stipulate and agree:

a. To move the September 5, 2018 Initial Scheduling Conference;

b. The Initial Scheduling Conference will take place at 9:30 a.m. on September 25, 2018 in Courtroom 10; and

c. The parties' Joint Scheduling Conference Statement will be due on September 18, 2018.

DATED: August 29, 2018          TOMASSIAN, PIMENTEL & SHAPAZIAN

/s/

By: _____
LARRY H. SHAPAZIAN
Attorneys for Plaintiff JOHN SALAZAR

DATED: August 29, 2018          COZEN O'CONNOR

By: _____/s/_____
HELEN McFARLAND
Attorneys for Defendant CARGILL MEANT SOLUTIONS CORPORATION

///

*Stipulation and Order to Continue 9/5/18 Initial Scheduling Conference*

LEGAL\38007110\1

2

## ORDER

IT IS HEREBY ORDERED that:

a. The Initial Scheduling Conference scheduled at 10:30 a.m. on September 5, 2018 in Courtroom 10 is vacated:

b. The Initial Scheduling Conference is now scheduled at 9:30 a.m. on September 25, 2018 in Courtroom 10; and

c. The parties' Joint Scheduling Conference Statement will be due on September 18, 2018.

IT IS SO ORDERED.

Dated: **August 29, 2018**   /s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE