# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SALAZAR,<br><br>          Plaintiff,<br><br>     v.<br><br>CARGILL MEAT SOLUTIONS CORPORATION aka CARGILL BEEF SOLUTIONS COMPANY and Does 1-100, et al.,<br><br>          Defendants. | Case No. 1:18-cv-00847-LJO-EPG<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE IN LIGHT OF STIPULATION OF DISMISSAL<br><br>(ECF NO. 37) |

On October 17, 2019, the parties in this matter filed a joint stipulation that the above-captioned action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: __**October 21, 2019**__          /s/ *Erica P. Grosjean*
                                                      UNITED STATES MAGISTRATE JUDGE

1